UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WILLIE EDDIE CONLEY HURT,

                              Plaintiff,

    -v-                                    5:15-CV-01207
                                               (DNH/TWD)

COUNTRY JOE AND THE FISH, et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

WILLIE EDDIE CONLEY HURT
Plaintiff, Pro se
513 Utica Street
Fulton, NY 13069

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Willie Eddie Conley Hurt brought this action alleging copyright infringement. On October 13, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections to the Report-Recommendation have been received.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1. Plaintiff's complaint is **DISMISSED** in its entirety with leave to amend;

2. If Plaintiff chooses to file an amended complaint, such amended complaint shall supersede and replace his original complaint in its entirety and plaintiff shall: (1) submit a fully completed *in forma pauperis* application, (2) submit a completed civil cover sheet as required by Local Rule 3.1 of the Northern District of New York, (3) include a caption on the amended complaint that clearly identifies by name each individual or entity that plaintiff is suing, the civil action number and initials of the assigned judges, and identify it as an amended complaint as required by Local Rule 10.1(c)(1) and (4) set forth his amended complaint in sequentially numbered paragraphs containing only one act of misconduct per paragraph;

3. In the event plainitff fails to file an amended complaint within thirty (30) days of the date of this Decision and Order, this case will be closed and judgment entered accordingly without further order; and

4. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 23, 2015
Utica, New York